IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGEL ANTONIO SALMERON            :          CIVIL ACTION
                                  :
          v.                      :
                                  :
J.L. JAMISON, et al.              :          NO. 26-3964

ORDER

AND NOW, this 11th day of June 2026, it is hereby

ORDERED that petitioner Angel Antonio Salmeron shall not be

transferred out of the Eastern District of Pennsylvania pending

further order of this court.


BY THE COURT:


/s/  Harvey Bartle III
                                              J.